UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN CHRISTOPHER,

    Plaintiff,

v.

CITY OF MADISON HEIGHTS, *et al.*,

    Defendants.

Case No. 18-cv-12952
Hon. Matthew F. Leitman

_____/

## ORDER TERMINATING DEFENDANTS' MOTION TO STAY DISCOVERY (ECF #16) AS MOOT

On February 26, 2019, Defendants filed a motion to stay discovery in this action pending resolution of, among other things, Plaintiff's application for leave to appeal in the Michigan Court of Appeals. (*See* Motion, ECF #16.) On May 22, 2019, the parties reached a settlement to this action. (*See* Dkt.) Accordingly, the Court **TERMINATES** Defendants' motion to stay discovery (ECF #16) as **MOOT** and **WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: June 26, 2019

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 26, 2019, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764